1  William M. Audet (CA117456)
   AUDET & PARTNERS, LLP
2  221 Main Street Suite 1460
   San Francisco, CA 94105
3  Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
4

5
   Attorneys for Plaintiffs, Lucy Kepney
6

7
                       UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9

10

11 |                                          ) Case No. 3:06-cv-01918-CRB
   | IN RE: BEXTRA AND CELEBREX               )
12 | MARKETING SALES PRACTICES AND             ) MDL NO. 1699
   | PRODUCT LIABILITY LITIGATION             ) District Judge: Charles R. Breyer
13 |                                          )
                                              )
14 |                                          )
   | LUCY KEPNEY,                             )
15 |                                          ) **STIPULATION AND ORDER OF**
   |                          Plaintiffs,     ) **DISMISSAL WITH PREJUDICE**
16 |                                          )
   |           vs.                            )
17 |                                          )
   | Pfizer Inc., et al.                      )
18 |                          Defendants.     )
                                              )
19 |

20      Come now the Plaintiff, LUCY KEPNEY, and Defendants, by and through the

21 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22 stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

23 fees and costs.

24

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: November 9, 2009          AUDET & PARTNERS, LLP

By: _____
         Counsel's Name
         Attorneys for Plaintiff, Lucy Kepney

DATED: Dec. 22, 2009             DLA PIPER LLP (US)

By: _____
         Michelle W. Sadowsky
         Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

_____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**